IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| R.J. CORMAN RAILROAD COMAPNY/TENNESSEE TERMINAL LLC,<br>      Plaintiff,<br>v.<br><br>MALLORY ALEXANDER INTERNATIONAL LOGISTICS LLC; MALLORY DISTRIBUTION CENTERS LLC; AND PACIFIC COAST PRODUCERS,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:22-cv-2525-JTF-tmp |

**ORDER GRANTING PLAINTIFF'S UNCONTESTED MOTION TO CONTINUE STAY OF PROCEEDINGS**

  Before the Court is Plaintiff's Uncontested Motion to Continue Stay of Proceedings, filed on March 21, 2023. (ECF No. 45.) The Court previously stayed proceedings in this matter due to the parties' seeking mediation with the Surface Transportation Board Rail Customer Public Assistance Office. (ECF No. 43.) In the Order staying proceedings, the Court tolled all deadlines until March 14, 2023 or until such latter date as the parties may otherwise agree, and required the parties to submit a joint status report by March 21, 2023. (*Id.*) In that joint status report, filed concurrently with this motion, the parties state that the RCPA declined to mediate their case but that they have been engaged in extensive settlement discussions. (ECF No. 46.) The parties seek an additional stay of proceedings until April 13, 2023, to continue these discussions and hopefully resolve the case. (ECF No. 45.) They request an additional seven days past this point, or until April 20, 2023, to file responsive pleadings to pending matters.

  For good cause shown, the motion is **GRANTED**. Proceedings shall be further stayed until

April 13, 2023. If the case has not settled by that date, the parties shall have until April 20, 2023, to file the following responsive pleadings: for Plaintiff, its response memorandum to the PCP Referral Motion; for Mallory Alexander International Logistics LLC and Mallory Distribution Centers LLC (collectively, "Mallory'), its responsive pleading or motion to the PCP Cross-Claim (ECF No. 39); and for PCP and Mallory, responsive pleadings or motions to the Plaintiff's Amended Complaint (ECF No. 40). The parties shall also file another joint status report by April 20, 2022.

**IT IS SO ORDERED** this 29th day of March, 2023.

<u>s/John T. Fowlkes, Jr.</u>
**JOHN THOMAS FOWLKES, JR.**
**UNITED STATES DISTRICT JUDGE**